## (April 24, 1962)

■ In the Matter of CEDAR LANE HEIGHTS CORP., Respondent, v. JOHN MAROTTA, as Building Inspector of the Town of Ossining, Appellant.— Motion by appellant for a stay of order directing the issuance of a building permit, pending appeal from such order. Upon appellant's stipulation, set forth in the letter of the Town Attorney, dated April 23, 1962, to the effect that the zoning ordinance will remain in *status quo* pending determination of this appeal, the motion is granted, on condition that the appeal be perfected and argued on April 27, 1962; appeal ordered on the calendar for said date. The appeal will be heard on the original papers and on the typewritten briefs of the respective parties; the appellant's brief to include a copy of the opinion rendered by the court below. Each party is directed to file six copies of his typewritten brief and to serve one copy on the other prior to the argument of the appeal. Beldock, P. J., Christ, Hill, Rabin and Hopkins, JJ., concur.

■ MARY CARLETTA, Respondent, v. VINCENT S. ALBINI et al., Appellants.— Motion by appellants for a stay, pending appeal, denied. Beldock, P. J., Christ, Hill, Rabin and Hopkins, JJ., concur.

■ ETHEL CROSTHWAITE, Respondent, v. ALEXANDER CROSTHWAITE, Appellant.— Motion by appellant for a stay, pending appeal, granted, on condition that appellant perfect the appeal and be ready to argue or submit it at the September Term, beginning September 10, 1962; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before July 16, 1962. Beldock, P. J., Christ, Hill, Rabin and Hopkins, JJ., concur.